**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorney for Plaintiff*,
Be Ho

# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BE HO,**<br><br>Plaintiff,<br><br>v.<br><br>**DIRECT RECOVERY SERVICES, LLC and UNITED HOLDING GROUP, LLC d/b/a JTM CAPITAL MANAGEMENT, LLC;**<br><br>Defendants. | **Case No.:** 2:19-cv-00835-JAM-AC<br><br>**EX PARTE APPLICATION TO EXTEND TIME IN WHICH TO FILE DISPOSITIONAL DOCUMENTS** |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff requests, pursuant to Local Rule 144, that the Court grant this ex parte extension of time in which to file dismissal/dispositional documents for this case. A stipulation is not possible in this instance because Defendant's counsel did not appear in this case prior to settlement, and thus cannot stipulate to such extension of time. This is the first request for extension of time in which to file dismissal/dispositional documents in this case.

Per Local Rule 160, good cause exists to permit Plaintiff until October 18, 2019, to file the expected dispositional documents because, as of the date of filing this ex parte application, the settlement agreement has not been performed in full. The parties anticipate that the settlement agreement will be performed in full on or before October 18, 2019, at which time Plaintiff will submit the requisite dispositional documents to the Court.

As such, good cause showing, Plaintiff respectfully requests that the Court exercise its discretion pursuant to Local Rule 160, and order that dispositional documents be filed on or before October 18, 2019.

**THE CARDOZA LAW CORPORATION**

Dated: September 20, 2019

/s/ Lauren B. Veggian
Michael F. Cardoza, Esq.
Lauren B. Veggian, Esq.
Attorneys for Plaintiff
*Be Ho*

# **ORDER**

The Court hereby GRANTS Plaintiff's ex parte application to extend the time in which to file dismissal/dispositional documents in the above captioned case. Plaintiff shall file documents disposing of this action on or before October 18, 2019.

IT IS SO ORDERED.

DATED: 9/20/2019 /s/ John A. Mendez
Hon. John A. Mendez
US. District Court Judge

**[PROPOSED] ORDER**

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is The Cardoza Law Corporation, 548 Market Street #80594, San Francisco, CA 94104. On September 20, 2019, I served the within document(s):

## EX PARTE APPLICATION TO EXTEND TIME IN WHICH TO FILE DISPOSITIONAL DOCUMENTS

☒      E-MAIL - by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date before 11:59 p.m.

☒      MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego County, California addressed as set forth below.

☐      PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐      CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 5:00 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

> Brendan H. Little
> Lippes Mathias Wexler Friedman, LLP
> 50 Fountain Plaza, Suite 1700
> Buffalo, NY 14202
> blittle@lippes.com
> Attorney for Defendants DRS and UHG/JTM

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 20, 2019, at San Diego County, California.

BY: /S/ LAUREN B. VEGGIAN

**PROOF OF SERVICE**